<u>**Exhibit A**</u>
**Statement of Claim**
**Plaintiff Rosemary Rodriguez**

**Unpaid Overtime Wages**

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | Weighted Average Hourly Rate[1] | Average Weekly Commissions[1] | FLSA Overtime Hourly Rate[12] | Total Unpaid Minimum Wages[1] | Total Unpaid Overtime Wages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|---|
| 10/1/21 - 4/11/23 | 30.29 | 58.25 | $ 23.44 | $ 184.36 | $ 35.16 | $ 35.16 | $6,479.03 | $ 6,479.03 |
| | | | | | | | **$ 6,479.03** | **$ 6,479.03** |

Total Unpaid Overtime Wages[1] = $ 6,479.03
Total Liquidated Damages[1] = $ 6,479.03
Total[1] = $ 12,958.07

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process.
[2] FLSA Overtime Hourly Rate factors Average Weekly Commissions into Plaintiff's Weighted Average Hourly Rate.